UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | ) Case No. 13-2106 MBB |
| | ) |
| Dzhokhar Tsarnaev | ) |

## GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the complaint, supporting affidavit, this motion and all related documents (except for the arrest warrant) until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
William D. Weinreb
Aloke S. Chakravarty
Assistant U.S. Attorneys

Date: April 21, 2013