# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:**    Category No. __I__    Investigating Agency __FBI__

City __Boston__

County __Suffolk__

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __13-MJ-2100-MBB__
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name __Dzhokhar Anzorovich Tsarnaev__    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name __Jahar Tsarnaev__

Address    (City & State) __Cambridge, MA__

Birth date (Yr only): __1993__    SSN (last4#): __0491__    Sex __M__    Race: __Caucasian__    Nationality: __USA__

**Defense Counsel if known:** __None__    Address _____

**Bar Number** _____

## U.S. Attorney Information:

AUSA __William D. Weinreb, Aloke Chakravarty__    Bar Number if applicable _____

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

Victims: ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date __04/19/2013__

☑ Already in Federal Custody as of __04/19/2013__ in __FBI-Beth Israel Hospital__
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:**    ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    ☑ Felony

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __04/21/2013__    Signature of AUSA: _(signature)_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Dzhokhar Tsarnaev

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 2332a(a) | Use of Weapon of Mass Destruction | 1 |
| Set 2 | 18 U.S.C 844(i) | Malicious Destruction of Property Resulting in Death | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____