UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Magistrate-Judge's No. |
| | ) | 13-02106-MBB |
| DZHOKHAR TSARNAEV | ) | |

<u>MOTION TO ADMIT COUNSEL PRO HAC VICE</u>

Undersigned counsel hereby moves, under Local Rule 83.5.3, that this Court admit attorney Judy Clarke <u>pro hac vice</u> to represent defendant, Dzhokhar Tsarnaev, to represent Mr. Tsarnaev. Ms. Clarke is admitted to practice in the state of California, as stated in her affidavit, attached hereto.

                                                      DZHOKHAR TSARNAEV
                                                      By his attorney:

                                                      /s/ Miriam Conrad

                                                      Miriam Conrad
                                                        B.B.O. #550223
                                                      Federal Defender Office
                                                      51 Sleeper Street, Fifth Floor
                                                      Boston, MA  02210
                                                      Tel: 617-223-8061

<u>Certificate of Service</u>

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on May 1, 2013.

                                                      /s/ Miriam Conrad