AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 13-mj-02106-MBB |
| Dzhokhar Tsamaev | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States     .

Date:     05/08/2013

/s/Nadine Pellegrini
*Attorney's signature*

Nadine Pellegrini, 545606
*Printed name and bar number*

Suite 9200
One Courthouse Way
Boston, MA 02110

*Address*

nadine.pellegrini@usdoj.gov
*E-mail address*

(617) 748-3100
*Telephone number*

(617) 748-3951
*FAX number*